UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Kevin Sexton, et al</u>

        v.                       Civil No. 07-cv-13-SM

<u>Executive Risk Indemnity, Inc., et al</u>


O R D E R

The referenced case was removed from Rockingham County Superior Court on January 10, 2007.

It is hereby ordered that pursuant to LR 7.5 and Fed. R. Civ. P. 7.1, Defendant Resurgens Specialty Underwriting, Inc. shall file a Disclosure Statement by February 17, 2007.

SO ORDERED.


January 22, 2007                  /s/ Steven J. McAuliffe
                                             Steven J. McAuliffe
                                             Chief Judge


cc:    Edmond J. Ford, Esq.
        Karyn P. Forbes, Esq.
        Doreen F. Connor, Esq.
        James C. Wheat, Esq.
        Robert A. Benjamin, Esq.