UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Kevin Sexton, et al

                    v.                              Civil No. 07-cv-13-SM

Executive Risk Indemnity, Inc., et al


O R D E R


        The referenced case was removed from Rockingham County Superior Court on January 10,

2007.

        It is hereby ordered that pursuant to LR 7.5 and  Fed. R. Civ. P. 7.1,  Defendant Resurgens

Specialty Underwriting, Inc. shall file a Disclosure Statement by February 17, 2007.

        SO ORDERED.



January  22, 2007                          /s/ Steven J. McAuliffe
                                           Steven J. McAuliffe
                                           Chief Judge


cc:     Edmond J. Ford, Esq.
        Karyn P. Forbes, Esq.
        Doreen F. Connor, Esq.
        James C. Wheat, Esq.
        Robert A. Benjamin, Esq.